# Court of Appeals
# of the State of Georgia

ATLANTA,  March 31, 2026

*The Court of Appeals hereby passes the following order:*

**A26D0424. KENNETH ADKINS v. THE STATE.**

Adkins filed an "Objection to Order Denying Motion to Compel Production of Withheld Exculpatory Evidence," and the trial court, construing Adkins's motion as one for reconsideration of a previous order, denied it. Adkins then filed the instant application for discretionary review. Although the application includes a copy of the order sought to be appealed, it does not contain a stamped "filed" copy of the order as required by Court of Appeals Rule 31(c) and, without it, we are unable to determine whether the application was timely filed. On March 17, 2026, this Court ordered Adkins to supplement his application with a stamped "filed" copy of the trial court's order within 10 days or the application would be dismissed. However, Adkins did not file the order within the time allowed.

Therefore, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/31/2026*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*